UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | NO:  WA:25-CR-00200(1)-ADA |
| § | |
| (1) PATRA SONSARAI WASHINGTON § | |

**ORDER**

    On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed September 9, 2025, wherein the defendant (1) PATRA SONSARAI WASHINGTON waived appearance before this Court and appeared before United States Magistrate Judge Derek T. Gilliland for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) PATRA SONSARAI WASHINGTON to the Report and Recommendation, the Court enters the following order:

    **IT IS THEREFORE ORDERED** that the defendant (1) PATRA SONSARAI WASHINGTON's plea of guilty to Counts One (1) and Two (2) is accepted.

    Signed this 23rd day of September, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE